# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 15, 2019

SEAN F. McAVOY, CLERK

MILDRED SHANKLIN, individually as as
Personal Representative of the Estate of John Shanklin,

_____
*Plaintiff*

v.

COULEE MEDICAL CENTER, a medical care facility
that is fully owned and operated by the Douglas, Grant,
Lincoln, & Okanogan County, et al.,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:17-CV-377-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Defendants' Motion to Dismiss, ECF No. 15, is GRANTED.  Plaintiff's 42 U.S.C. § 1983 claim under the Federal
Nursing Home Reform Amendments, 42 U.S.C. § 1396 et seq., is DISMISSED with prejudice.  Plaintiff's state law
claims are DISMISSED without prejudice.  Judgment is entered in favor of Defendants.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____ Rosanna Malouf Peterson _____ on a motion to

dismiss.

Date:  April 15, 2019 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Virginia Reisenauer
_____
*(By) Deputy Clerk*

Virginia Reisenauer
_____